PD-1048-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/15/2015 2:14:45 PM
Accepted 4/15/2015 2:38:13 PM
ABEL ACOSTA
CLERK

PD-1048-14

| | | |
|---|---|---|
| FRANK EDWARD REEVES | § | IN THE COURT OF CRIMINAL |
| | § | |
| VS. | § | APPEALS FOR |
| | § | |
| STATE OF TEXAS | § | THE STATE OF TEXAS |

## MOTION FOR REASONABLE BAIL
## PENDING FINAL DETERMINATION OF APPEAL

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Now comes Frank Edward Reeves, Appellant in the above styled and numbered cause, and moves this Court to set bail in a reasonable amount pending final determination of this appeal, pursuant to Tex. Code Crim. Proc. Ann. art. 44.04(h), and in support thereof shows the following:

1.    Tex. Code Crim. Proc. Ann. art. 44.04(h) provides, in pertinent part:

> If a conviction is reversed by a decision of a Court of Appeals, the defendant, if in custody, is entitled to release on reasonable bail, regardless of the length of term of imprisonment, pending final determination of an appeal by the state or the defendant on a motion for discretionary review. . .  If the defendant requests bail after a petition for discretionary review has been filed, the Court of Criminal Appeals shall determine the amount of bail.

\* \* \*

**Motion For Reasonable Bail Pending Appeal**
**Frank Edward Reeves v. The State of Texas**
**Cause No. PD-1048-14**

The defendant's right to release under this subsection attaches immediately on the issuance of the Court of Appeals' final ruling as defined by Tex. Cr. App. R. 209(c).

2.      Appellant has been continuously confined at the Hale County Jail and Garza County Jail, under a sentence of ten years incarceration in the Texas Department of Criminal Justice - Institutional Division and a fine of $10,000.00, since sentenced on September 23, 2013.  On July 8, 2014, the Seventh Court of Appeals reversed appellant's conviction and ordered the cause remanded for new trial.  *See* <u>Frank Edward Reeves v. State</u>, 2014 Tex. App. LEXIS 7369 (Tex. App. Amarillo July 8, 2014).  The State filed a petition for discretionary review on August 18, 2014.

3.      Appellant is without funds to post a significant bond. Appellant has been continuously incarcerated for over two years since his initial arrest on this charge and for over 16 months while his appeal has been pending. Because the trial court found Appellant to be indigent, counsel for Appellant at trial and on appeal was appointed.

4.      Considering the totality of circumstances, appellant requests to be admitted to reasonable bail, in the amount of no more than $500.00, pending final

determination of this appeal.

WHEREFORE, PREMISES CONSIDERED, appellant prays that this Court set bail in the amount of not more than $500.00 pending final determination of this appeal.

Respectfully submitted,

Easterwood, Boyd & Simmons, PC
623 N. Main Street, P.O. Box 273
Hereford, TX 79045
Tel: (806) 364-6801
Fax: (806) 364-2526

/s/ James B. Johnston
James B. Johnston
State Bar No. 10838200
Attorney for Frank Edward Reeves

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that according to the WordPerfect word count tool this Document and the attached affidavit contain 1043 words, exclusive of the items excepted by TEX. R. APP. P. 9.4(i)(1).

/s/ James B. Johnston
James B. Johnston
Attorney for Appellant

# CERTIFICATE OF SERVICE

This is to certify that on April 15, 2015, a true and correct copy of the above

and foregoing document was served on the following:

LISA C. McMINN
State Prosecuting Attorney
Bar I.D. No.13803300
STACEY M. GOLDSTEIN
Assistant State Prosecuting Attorney
Bar I.D. No. 24031632
P.O. Box 13046
Austin, Texas 78711
information@spa.texas.gov

Meredith Bridges, Assistant
Hale County District Attorney
225 Broadway, Suite 1
Plainview, Texas 79072
mparker@halecounty.org


/s/ James B. Johnston
Attorney for Appellant

**Motion For Reasonable Bail Pending Appeal**        **Page 4**
**Frank Edward Reeves v. The State of Texas**
**Cause No. PD-1048-14**

STATE OF TEXAS                    §
                                  §
COUNTY OF HALE                    §

## **AFFIDAVIT**

BEFORE ME, the undersigned authority, on this day personally appeared

Frank Edward Reeves, who after being duly sworn stated:

"I am the appellant in the above numbered and entitled cause. I have read the foregoing Motion for Reasonable Bail Pending Final Determination of Appeal and swear that all of the allegations of fact contained therein are true and correct.

"I do not presently have any funds in my name which can be used to post bond in this case. I do not presently have any personal or real property to my name which I could sell to raise money to post bond. I have been unable to borrow the funds to post the bond in this case. It is my belief that if bond was set at $500, my mother would be able to bond me out. She is on a fixed income and does not have the money to pay a large bond amount.

"I have been incarcerated on this charge since February 3, 2013. I have not had any income since that time. I was previously receiving disability payments, but those ended in January of 2013.

"If released on bail, I would reside with my mother in Tulia, Texas. She has resided there for over 40 years. I was raised in Tulia and have ties to that community. I believe I could also obtain employment I Tulia, since I have worked there before.

"My employment history, to the best of my recollection, is as follows:

## EMPLOYMENT HISTORY

| | |
|---|---|
| J&M Manufacturing, Tulia, Texas | 1983-1985 |
| Young & Ellis, Tulia, Texas | 1985-1988; 1989-2001 |
| Bartlett Feedyard, Tulia, Texas | 2001-2002 |
| Clark Harvesting, Hart, Texas | 2002-2004 |
| Seed Resource, Tulia, Texas | 2004-2005 |
| Big N Fertilizer, Tulia, Texas | 2005-2006 |
| Wes's Specialty, Tulia, Texas | 2006-2007 |
| Rip Griffin Truck Stop, Tulia, Texas | 2007-2008 |
| Tulia Livestock, Tulia, Texas | 2007-2009 (part time) |
| Began receiving disability | November 2012 |

"My prior criminal record is as follows:

| | |
|---|---|
| 10/22/1985 | DWI – Swisher County |
| 04/26/2002 | Criminal Mischief – Swisher County |
| 05/20/2002 | DWI – Castro County |
| 12/31/2002 | DWI- Castro County |
| 10/18/2005 | Theft – Swisher County |
| 05/02/2006 | Assault – Family violence – Swisher County |
| 11/05/2008 | Assault – Family violence – Swisher County |
| 04/27/2009 | Assault – Family violence – Swisher County |
| 08/06/2012 | Burglary of a building – Potter County |

"During much of my time of incarceration in the Hale County, Texas jail since February 3, 2013, I have been on "trustee" status. Also during my incarceration on this case, I have completed 16 hours of Life Skills Instruction through the Central Plains Center/Reed Outpatient Services out of Plainview.

"I do not have, and have never had, a passport. I have no means by which I could flee the jurisdiction of the court."

Signed on February 22, 2015.

_Frank Edward Reeves_
Frank Edward Reeves
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on February 22nd,

2015, to certify which witness my hand and seal of office.

_Jessica K Thompson_
Notary Public, State of Texas



JESSICA K. THOMPSON
Notary Public, State of Texas
My Commission Expires 09-26-2016